#### 00–1454.  Vance v. Vance.

Montgomery App. No. 18437. On motion for sanctions for frivolous action only. Motion denied.

DOUGLAS and RESNICK, JJ., dissent, would grant the motion for sanctions, and would award $200 in expenses and $1,000 in attorney fees.

On motion to strike motion for sanctions. Motion denied and leave of ten days granted to file a response.

#### 00–1658.  State ex rel. Sherrills v. State.

Cuyahoga App. No. 78261. On petition to compel compliance with the court's order to certify the record and to subpoena. Petition denied.

#### 00–1673.  State ex rel. Sherrills v. Ohio Adult Parole Auth.

Franklin App. No. 99AP–1295. On petition for sanctions to compel compliance with order to certify the record and to subpoena. Petition denied.

#### 00–1682.  State v. Barnes.

Portage App. No. 98–P–0052. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issues stated in the court of appeals' Judgment Entry filed September 14, 2000:

"It is the order of this court that the record of the instant appeal shall be certified to the Supreme Court of Ohio for review and determination of the following two legal issues: (1) When a defendant is asserting self-defense, can he introduce evidence of specific violent acts committed by the victim in the past to show that the victim was the aggressor? and (2) Is felonious assault with a deadly weapon a lesser-included offense of attempted murder?"

COOK, J., would accept review on the second issue only.

*Sua sponte*, cause consolidated with 00–1595, *State v. Barnes*, Portage App. No. 98–P–0052. The conflict cases include *State v. Cuttiford* (1994), 93 Ohio App.3d 546, 639 N.E.2d 472; *State v. Busby* (Sept. 14, 1999), Franklin App. No. 98AP–1050, unreported, 1999 WL 710353; *State v. Weston* (July 16, 1999), Washington App. No. 97CA31, unreported, 1999 WL 552732; *State v. Douglas* (Mar. 16, 1999), Mahoning App. No. 94CA214, unreported, 1999 WL 159207; *State v. Scott* (Sept. 7, 1995), Cuyahoga App. No. 67148, unreported, 1995 WL 527597; *State v. Kaiser* (Oct. 15, 1986), Montgomery App. No. 9287, unreported, 1986 WL 11812; *State v. Box* (1993), 89 Ohio App.3d 614, 626 N.E.2d 996; and *State v. Heath* (June 25, 1997), Hamilton App. No. C–950676, unreported, 1997 WL 346083.